| **HCDistrictclerk.com** | RIVERA, DEBANY (IN HER INDIVIDUAL CAPACITY AND AS HEIR TO THE ESTATE vs. CITY OF PASADENA | 5/29/2020 |
|---|---|---|
| | Cause: 202026012   CDI: 7   Court: 127 | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 90736554 | DEFENDANTS PASADENA INDEPENDENT SCHOOL DISTRICT AND LONNIE SMITH, II'S ORIGINAL ANSWER TO PLAINTIFFS' ORIGINAL PETITION | | 05/28/2020 | 5 |
| 90703267 | Defendant City of Pasadena Texas Mabes Paz Lockmondy Hardin Wright Bennett and Dever Defenses Answer and Jury Demand | | 05/26/2020 | 4 |
| | Defendant City of Pasadena Texas Mabes Paz Lockmondy Hardin Wright Bennett and Dever Defenses Answer and Jury Demand | | 05/26/2020 | |
| 90370795 | PLAINTIFFS ORIGINAL PETITION AND REQUEST | | 04/27/2020 | 22 |
| ·> 90370796 | Request for Issuance of Service | | 04/27/2020 | 1 |
| ·> 90370797 | Request for Issuance of Service | | 04/27/2020 | 1 |
| ·> 90370798 | Request for Issuance of Service | | 04/27/2020 | 1 |
| ·> 90370799 | Request for Issuance of Service | | 04/27/2020 | 1 |
| ·> 90370800 | Request for Issuance of Service | | 04/27/2020 | 1 |
| ·> 90370801 | Request for Issuance of Service | | 04/27/2020 | 1 |
| ·> 90370802 | Request for Issuance of Service | | 04/27/2020 | 1 |
| ·> 90370803 | Request for Issuance of Service | | 04/27/2020 | 1 |
| ·> 90370804 | Request for Issuance of Service | | 04/27/2020 | 1 |
| ·> 90370805 | Request for Issuance of Service | | 04/27/2020 | 1 |