IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEBANY RIVERA, Individually and as Heir to the Estate of Juan Javier Martinez, Jr., Deceased; and JUAN JAVIER MARTINEZ, SR.<br>  *Plaintiffs*<br><br>v.<br><br>CITY OF PASADENA; PASADENA INDEPENDENT SCHOOL DISTRICT; LONNIE SMITH, II; ZACHARY MABES; JESUS PAZ; JOSEPH LOCKMONDY; MARK HARDIN; DONNA WRIGHT; PAUL BENNETT; and [FNU] DOVER<br>  *Defendants* | Civil Action No. 4:20-cv-01881 |

## ORDER DENYING MOTION TO DISMISS AS MOOT

  Pending before the Court is Defendants Pasadena Independent School District and Lonnie Smith, II's Motion to Dismiss Plaintiff's Original Petition, Doc. 20. Plaintiffs have filed their First Amended Original Complaint, Doc. 25, which the parties agree render the motion moot.

  Accordingly, Defendants Pasadena Independent School District and Lonnie Smith, II's Motion to Dismiss Plaintiff's Original Petition is DENIED AS MOOT.

1

2

SO ORDERED.

SIGNED on _____.

**Lee H. Rosenthal**
**Chief United States District Judge**