

**LEWIS BRISBOIS**
LEWIS BRISBOIS BISGAARD & SMITH LLP

Audrey Bridges
Paralegal
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Audrey.Bridges@lewisbrisbois.com
Direct: 346.241.4968

September 4, 2020

File No. 3856.525

Christopher Gabel
Attorney for Plaintiffs
Gabel Law PLLC
720 Rusk St.
Houston, Texas 77002-2713

Larry Simmons & Carmen Jo Rejda-Ponce
Attorneys for Co-Defendants
Germer PLLC
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019

United States Courts
Southern District of Texas
FILED

SEP 09 2020

David J. Bradley, Clerk of Court

Lisa Eddins
Case Manager
United States District Courts
515 Rusk St.
Houston, Texas  77002

Darlene Hansen
Deputy Clerk-in-Charge
U.S. District Clerk, United States District Courts
515 Rusk St.
Houston, Texas 77002

Re: *Civil Action No. 4:20-cv-01881; Rivera v. Pasadena*

Dear Sir/Madam:

Please see the enclosed DVD-R disk containing the following exhibits to Defendants' City, Mabes, Paz, Lockmondy, Hardin, Wright, Bennett and Dever, Motion to Dismiss.

Within the zip file on the disk you see three sub folders labeled by exhibit. Once you open the specific folder for the video you're viewing you will see an additional number of folders containing data and supportive materials to play the video. Please open the folder with "Stream" in the title. Once the Stream folder is opened, you can then open and play the MP4 video file.

1. Exhibit 1 – Officer Paz's body-worn camera

2. Exhibit 2 – Officer Bennett's body-worn camera

3. Exhibit 3 – Officer Lockmondy's body-worn camera

Please do not hesitate to call or email me if you have any questions or need any assistance.

Very truly yours,

*Audrey Bridges*

Audrey Bridges
Paralegal
LEWIS BRISBOIS BISGAARD & SMITH LLP

Enclosed DVD-R

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
4811-5778-1706.1

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Debany Rivera §
juan Javier Martinez, Sr §
§
v. §   CASE NUMBER   4:20-cv-1881
§
City of Pasadena, Texas §
Officer Zachary Mabes ,Officer Jesus Paz, §
Officer Joseph Lockmondy,Officer Mark Hardin,
Detective Donna Wright, OfficerPaul Bennett,
Officer Timothy Dever,
Federico Cruz

DVD - Exhibit 1 Paz body -camera, Exhibit 2 Bennett body -camera, Exhibit 3 Lockmondy's body-camera.

**DOCUMENT IS:**

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☒ IN BROWN EXPANDABLE FOLDER

INSTRUMENT # __27/31__