# EXHIBIT 1

***Officer Z. Mabes*** *detailed he had been dispatched, with Field Training Officer Cruz, to Strawberry Park. Paz had broadcasted he was with two intoxicated males in the center of the park. Upon arrival, Paz had detained Guido and was escorting him towards Cruz's patrol unit. As Guido was being secured, Mabes contacted Martinez and observed that he was sweating profusely, despite cool temperature, and moving erratically. This caused Mabes to believe Martinez was intoxicated on an unknown type of substance.*

*Mabes gave several commands to stay by the patrol unit but Martinez refused. After continued refusal, he attempted to detain Martinez, who resisted by pulling away. Cruz and Paz then assisted in taking Martinez to the ground; however, were unsuccessful in placing him into handcuffs. PISD Officer L. Smith assisted in trying to gain control of Martinez. Cruz then announced he would deploy the Taser; therefore, all officers moved away. Martinez was then given commands to lie down, which he refused.*

*Paz next pushed Martinez to the ground, who again struggled and refused to be handcuffed or follow commands. Paz was seen delivering knee strikes to gain pain compliance; however, Martinez did not respond and continued to struggle with and kick at officers. Cruz then deployed the Taser three times because at the completion of each cycle, Martinez would stand back up. After the completion of the third cycle, Martinez was seen pulling the Taser probes from his abdomen and walking away.*

*Paz tried to get in front of Martinez, who proceeded toward him, and was then pepper sprayed. Martinez fled westbound and was pursued / apprehended by Officer P. Bennett and PISD Officer L. Smith. Martinez struggled for several moments before being placed in handcuffs and leg restraints.*

It should be noted that during this struggle, Officer Mabes sustained multiple abrasions and an injury to his left leg.

*Mabes added, upon Martinez being taken into custody, Guido had attempted to kick the window out of the patrol vehicle. He was subsequently detained in leg restraints until he and Martinez were transported to Bayshore Hospital for evaluation. Mabes was made aware that Martinez and Guido had allegedly taken acid and Martinez had endured a seizure while on scene.*

*Mabes concluded his interoffice explaining how his body camera had been forcibly "knocked off" several times during the altercation and did not record the event.*

All three officers completed Use of Force documentation, which are consistent with these statements, and included within this jacket.

On June 22, 2018, I contacted Officer Cruz and had him report to the Pasadena Police Department Firing Range in order to have his Taser downloaded. Officer M. Huffman, Electronic Weapons Coordinator, took custody of the Taser and performed the download. Upon completion, Officer Huffman forwarded the report to me. The report confirmed that Officer Cruz had only deployed his Taser three times on April 27, 2018. The following is the timeline and cycle duration for that date:

27 Apr 2018 07:56:40   Trigger Event – 5 seconds.