IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEBANY RIVERA, Individually and as Heir to the Estate of Juan Javier Martinez, Jr., Deceased; and JUAN JAVIER MARTINEZ, SR.<br>    *Plaintiffs*<br><br>v.<br><br>CITY OF PASADENA; PASADENA INDEPENDENT SCHOOL DISTRICT; LONNIE SMITH, II; ZACHARY MABES; JESUS PAZ; JOSEPH LOCKMONDY; MARK HARDIN; DONNA WRIGHT; PAUL BENNETT; and [FNU] DOVER<br>    *Defendants* | Civil Action No. 4:20-cv-01881 |

## ORDER DENYING MOTION TO DISMISS

Pending before the Court is Defendants City of Pasadena's, et al.'s Motion to Dismiss, Doc. 27. The motion is DENIED.

SO ORDERED.

SIGNED on _____.

                                                                  _____
                                                                  **Lee H. Rosenthal**
                                                                  **Chief United States District Judge**

1