United States District Court
Southern District of Texas
**ENTERED**
March 24, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBANY RIVERA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-20-1881 |
| CITY OF PASADENA, TEXAS, *et al.*, | § § § § | |
| Defendants. | § | |

Pasadena Independent School District's and Lonnie Smith, II's motion to dismiss, (Docket Entry No. 20), is denied as moot based on the amended complaint. PISD's and Smith's motion to dismiss the amended complaint, (Docket Entry No. 34), is under advisement.

SIGNED on March 24, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge