# COURTROOM MINUTES- ORDER

JUDGE <u>SAM SHELDON  PRESIDING</u>
DATE: <u>November 22,  2021</u>
COURT REPORTER:<u>    </u>
MORNING:<u> (1 hour)</u>   AFTERNOON: <u>       </u>

**************************************************************************

CIVIL  NO 4:20cv1881

Debany Rivera,

       Plaintiff

vs.

City of Pasadena, Texas et al

       Defendants

**************************************************************************

MINUTE ENTRY ORDER:

<u>The Court previously conducted a settlement conference. The case has settled and the parties placed the material terms on the record.</u>

SIGNED in Houston, Texas, this <u>22nd</u> day of November, 2021.

                                             Sam Sheldon
                                      United States Magistrate Judge